DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**7TH AVENUE VILLAGE, LLC,**
Appellant,

v.

**FRESCIA PEREZ,**
Appellee.

No. 4D2025-0315

[December 4, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE18021796.

Vincent F. Vaccarella and Craig R. Lewis of Vincent F. Vaccarella, P.A., Fort Lauderdale, for appellant.

Wayne S. Koppel of Koppel & Associates, P.A., Plantation, and Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***